# Exhibit 1



# UNITED STATES OF AMERICA
# NATIONAL CREDIT UNION ADMINISTRATION
# ALEXANDRIA, VIRGINIA

## SUBPOENA TO PRODUCE DOCUMENTS

TO:   Mr. Brian Warren
        1209 W. Daffodil Avenue
        McAllen, Texas 78501

**YOU ARE COMMANDED** by this Subpoena to produce documents or other tangible evidence (as described in Item 1) to the Officer(s) Conducting the Investigation (identified in Item 2) in the above captioned National Credit Union Administration (NCUA) Investigation Proceeding, issued pursuant to 12 U.S.C. §§ 1784(b) & 1786(p) of the Federal Credit Union Act and 12 C.F.R. §§ 747.703(c) & 747.803(a).

| 1. DOCUMENTS OR OTHER TANGIBLE EVIDENCE TO BE PRODUCED<br><br>*See Attachment A* | 2. OFFICERS CONDUCTING THE INVESTIGATION<br><br>Bruce R. Hegyi, Trial Attorney<br>Min Choi, Trial Attorney<br>National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314<br>(703) 536-4774 (Hegyi)<br>(703) 402-9650 (Choi)<br>bhegyi@ncua.gov<br>mchoi@ncua.gov |
|---|---|
| 3. TITLE OF THE MATTER & NCUA DOCKET NUMBER<br><br>Edinburg Teachers Credit Union, NCUA Docket No 21-0107-SR ||
| 4. PLACE OF PRODUCTION<br><br>National Credit Union Administration<br>Office of General Counsel, Room 6063<br>1775 Duke St.<br>Alexandria, VA 22314 | 5. PRODUCTION DUE DATE<br><br>By 3:00 P.M. on May 6, 2021 |
| 6. DATE SIGNED<br><br>April 20, 2021 | 7. SIGNATURE OF OFFICER<br><br>BRUCE HEGYI<br>Digitally signed by BRUCE HEGYI<br>Date: 2021.04.20 17:10:42 -04'00' |

REV. 9/14/2017

## GENERAL INSTRUCTIONS

### SERVICE

The Officer's signature in Item 5 above certifies that the subpoena has been served in compliance with NCUA Rule 12 C.F.R § 747.803(b).

### ENFORCEMENT

Failure to fully comply with this Subpoena may result in the General Counsel seeking enforcement of such subpoena in the courts of the United States.  12 C.F.R. § 747.803(d).

### TRAVEL EXPENSES

Witnesses appearing pursuant to this Subpoena shall be paid the same fees and mileage that are paid to witnesses in the United States District Courts.  12 C.F.R. § 747.803(c).

### RIGHTS & OBLIGATIONS

Further information related to rights and obligations related to this Subpoena can be found in NCUA's Rule 12 C.F.R. Part 747.

REV. 9/14/2017

Edinburg Teachers Credit Union
Brian Warren Subpoena *Duces Tecum*

**EXHIBIT "A"**

<u>INSTRUCTIONS</u>

1. As used in this subpoena attachment, the following terms shall have the meanings set forth below:

    a. "Document" includes, but is not limited to, all written, printed, typed, recorded or graphic material, whether electronically preserved on computer, discs, tapes or by any other information storage and retrieval medium, in your possession, custody or control, including but not limited to letters, correspondence, emails, texts, images, memoranda, reports, summaries, files, notes, books, papers, videos, recordings, photographs, worksheets, charts, records, contracts, agreements, invoices, audits, examinations, articles of incorporation, financial accounts, account statements, signature cards, loan applications, loan documentation, account opening applications, liens, releases, lawsuits, litigation, administrative actions, claims, settlements, judgments, income, payments, credit reports or analyses, ledgers, notations of conversations, negotiations, conferences and/or meetings.  WARNING:  Different versions of the same document, non-conforming copies of a document, and a document with handwritten notations and/or or marks not found on the original, constitute different documents.
    b. "All" means "each and every" as well as "any."
    c. "And" and "or" shall be construed both conjunctively and disjunctively, as necessary to make them inclusive rather than exclusive.
    d. "Relate to" means, without limitation, to relate or refer to, or to contain information about, the matter identified.
    e. "Reflect" means, without limitation, to set forth, embody, evidence or contain the matter identified.
    f. "ETCU" means the Edinburg Teachers Credit Union, Edinburg, Texas.
    g. "Immediate Family Member" means your spouse, ex-spouse, children, step-children, grandchildren, step-grandchildren, parents, step-parents, grandparents, step-grandparents, siblings, step-siblings, spouses of siblings and/or step-siblings, ex-spouses of siblings and/or step-siblings.)

2. Unless otherwise specifically limited, the time period for the documents and information responsive to this subpoena is May 1, 2011 to the present.

3. If you decline to produce a responsive document, in whole or in part, on the grounds of attorney-client privilege, the attorney work-product doctrine, or any other ground, state for each such responsive document: (a) the particular privilege that is being asserted or other ground for withholding the document; (b) the reasons the privilege is being asserted; (c) all person and entities involved in the preparation of the document; (d) all persons and entities who received the document; (e) all persons and entities known to have been furnished the document or informed of its substance; (f) the date of the document; and (g) the subject matter of the document.

Edinburg Teachers Credit Union
Brian Warren Subpoena *Duces Tecum*

<u>DOCUMENTS TO BE PRODUCED</u>

Any and all documents, communications and/or things that constitute, relate to and/or refer to:

1. All documents, communications and/or things to, from, by, with and/or between one or more of Jeffrey Moats, Richard Kanipe, Brian Warren, Joe L. Cantu, Jr., Dale Ramos, Donald Strong, Daniel Roma and/or Ted Miller at any time from May 1, 2011 to and including midnight on March 25, 2021;
2. All documents, communications and/or things to, from, by, with and/or between one or more of Jeffrey Moats, Richard Kanipe, Brian Warren, Joe L. Cantu, Jr., Dale Ramos, Donald Strong, Daniel Roma and/or Ted Miller at any time from midnight on March 25, 2021 to and including the present;
3. All Board Minutes and/or Supervisory Committee Minutes for ETCU maintained by you;
4. All notes, documents and/or things taken and/or made by you at Board Meetings and/or Supervisory Committee meetings for ETCU;
5. All documents and/or things in connection with Board Meetings and/or Supervisory Committee meetings for ETCU maintained by you;
6. All Policies, Procedures and/or By-Laws (and/or the like) for, by, of, from and/or relating to ETCU maintained by you;
7. All Audit Reports (and/or the like) for, by, of, from and/or relating to ETCU maintained by you;
8. All Examination Reports (and/or the like) for, by, of, from and/or relating to ETCU maintained by you;
9. All Annual Reports (and/or the like) for, by, of, from and/or relating to ETCU maintained by you;
10. All notes, documents and/or things taken and/or made by you in connection with the Annual Reports for ETCU;
11. All documents and/or things in connection with the Annual Reports for ETCU maintained by you;
12. All documents and/or things related to any training courses (or the like) taken and/or attended by you related to your role ETCU;
13. All documents and/or things related to any seminars and/or conferences (or the like) attended by you related to your role at ETCU;
14. All documents and/or things constituting, relating to and/or referring to any business dealings between yourself and any one or more of Jeffrey Moats, Richard K. Kanipe, Joe L. Cantu, Jr., Dale Ramos, Donald Strong, Daniel Roma and/or Ted Miller and/or any Immediate Family Member of any of them;
15. All documents constituting, relating to and/or referring to any financial arrangements between yourself and any one or more of Jeffrey Moats, Richard K. Kanipe, Joe L. Cantu, Jr., Dale Ramos, Donald Strong, Daniel Roma and/or Ted Miller and/or any Immediate Family Member of any of them;
16. All documents and/or things constituting, relating to and/or referring to any loans made, accepted, co-signed, guaranteed by you and any one of more of Jeffrey Moats, Richard K. Kanipe, Joe L. Cantu, Jr., Dale Ramos, Donald Strong, Daniel Roma and/or Ted Miller and/or any Immediate Family Member of any of them; and
17. All documents and/or things constituting, relating to and/or referring to any monetary and/or non-monetary gifts and/or gratuities (and/or the like) you made to and/or received from any one or more of Jeffrey Moats, Richard K. Kanipe, Joe L. Cantu, Jr., Dale Ramos, Donald Strong, Daniel Roma and/or Ted Miller and/or any Immediate Family Member of any of them.