# Exhibit 2

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **In the Matter of** | § § § § | |
| **Brian Warren** | § § | Docket No. 21-0107-SR |
| **Edinburg Teachers Credit Union** | § § | |

Documents came to hand on the 20th day of April, 2021 at 4:55 PM.

I, Mario Arturo Rivera Lincoln, being duly sworn, depose and say that on the **22nd day of April, 2021 at 2:44 PM**, the party was executed upon by delivering a true and correct copies of the following documents by hand delivery:

1) **SUBPOENA TO PRODUCE DOCUMENTS**
2) **EXHIBIT A**

**To:** Brian Warren
**At the address of:** 1209 W Daffodil Ave, McAllen, Texas 78501

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein and have no interest in the outcome of this suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct.

"My name is Mario Arturo Rivera Lincoln, my date of birth is 04/09/1991, and my address is 3801 Whitewing Ave, #3, Edinburg, Texas, 78539, USA. I declare under penalty of perjury that the foregoing is true and correct.

*M. Lincoln*
**Mario Arturo Rivera Lincoln, Declarant**
**SCH11948, Expires 4/30/2019**