# Exhibit 4



Bruce Hegyi
Office of General Counsel
National Credit Union Administration
1775 Duke St. 6th Floor
Alexandria VA 22314

Mr. Brian Warren
1209 Daffodil Ave.
McAllen, TX 78501

Bruce Hegyi

Office of General Counsel

National Credit Union Administration

1775 Duke St. 6th Floor

Alexandria, VA 22314

May 11, 2021

To Whom This May Concern:

I am in receipt of the administrative subpoena *duces tecum* concerning the Edinburg Teachers Credit Union in Edinburg, Texas.

As long as I was on the Board of Directors for ETCU, Board policy was to <u>destroy</u> documents at the conclusion of any board meeting. This was done to protect the information of the members.

After searching, however, I did discover personal notes I kept during most meetings. These are enclosed.

I have no other documents pertaining to ETCU.

Sincerely,

B. Warren

1209 W. Daffodil Avenue

McAllen, TX 78501