IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| Petitioner, | § § § | |
| v. | § § | Misc. Action No. 7:21-mc-96 |
| Brian J. Warren, | § § § | |
| Respondent. | § § § | |

**ORDER GRANTING PETITION FOR
<u>ENFORCEMENT OF INVESTIGATIVE SUBPOENA</u>**

The Court, having considered the Petition of the United States of America for Enforcement of Investigative Subpoena, finds that the Petition should be granted.

It is therefore **ORDERED** that:

1. Respondent Brian J. Warren must either:

    a. Within seven days of being served with this order, show cause why he should not fully comply with the subpoena; or

    b. Within fourteen days of being served with this order, fully comply with the subpoena, including by (a) performing a diligent search of all hard copy and electronic records, including, but not limited to, emails and text messages, within his possession or control, (ii) producing those documents to enforcement counsel for the NCUAB; and (iii) verifying in writing to the Court, under penalty of perjury, that he has fully completed these steps.

**IT IS FURTHER ORDERED** that failure to comply with this order will result in the

imposition of additional sanctions, including but not limited to contempt of Court.

      Signed in McAllen, Texas, on _____, 2021.

_____
Hon. _____
United States District Judge