# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| United States of America, § § § Petitioner, § § § v. § § Brian J. Warren, § § Respondent. § § | Misc. Action No. 7:21-mc-96 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(i)

Counsel for the United States informs the Court that it is voluntarily dismissing this action without prejudice. Respondent Brian Warren has not filed an answer in this case, and therefore dismissal is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

At this time, Warren has produced some materials pursuant to the NCUAB's subpoena and has engaged in productive discussions with government counsel regarding the next steps to collect additional documents. Although it remains possible that the parties could reach an impasse down the line, there is presently no need for the Court's intervention. Accordingly, the United States is dismissing this action without prejudice as to re-filing should such an impasse arise.

Dated: July 20, 2021

Respectfully submitted,

JENNIFER B. LOWERY
Acting United States Attorney

*/s/ Brad R. Gray*
Brad R. Gray
Assistant United States Attorney
Southern District No. 2827958
Texas Bar No. 24097759
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9599
Fax: (713) 718-3300
Email: Brad.Gray@usdoj.gov

*Counsel for the United States of America*

OF COUNSEL:

Bruce R. Hegyi (DC Bar #422741)
Senior Trial Attorney
Enforcement & Litigation Section
National Credit Union Administration
1775 Duke Street, 6th Floor
Alexandria, VA
(703) 536-4774 (cell)
bhegyi@ncua.gov